UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LUTHER SESTITO,     Plaintiff,

v.     Civil Action No. 3:16-cv-261-DJH

MIDLAND FUNDING, LLC, et al.,     Defendants.

\* \* \* \* \*

## ORDER

This case appears to have been mistakenly filed in this district. (*See* Docket No. 1) Not only does the complaint's case style refer to the "Eastern District of Kentucky Covington Division," but the first several paragraphs make clear that the plaintiff is a resident of Boone County, Kentucky (in the Eastern District) and was damaged in Boone County. (*Id.*, PageID # 1-3) After reviewing the complaint, the Court concludes that the plaintiff's filing in the Western District was accidental and that, under 28 U.S.C. § 1404(a), the action could originally have been brought in the Eastern District. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that this case is **TRANSFERRED** to the Eastern District of Kentucky.

May 9, 2016

**David J. Hale, Judge**
**United States District Court**